AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUN 1 5 2015

| SOUTHERN | DISTRICT OF | TEXAS | David J. Bradley, Clerk |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Juan Carrillo-Ramirez
A077 403 337

AKA:

IAE    YOB:    1972
Guatemala

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    M-15-0980-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 14, 2015** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Juan Carrillo-Ramirez was encountered by Border Patrol Agents near Hidalgo, Texas, on June 14, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 14, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 04, 2001, through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 07, 2000, the defendant was convicted of 8 USC 1324 Transporting Illegal Aliens into the United States and sentenced to twelve (12) months and one (1) day confinement and three (3) years supervised released term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved
Joseph Leonard

_____
Signature of Complainant

Sworn to before me and subscribed in my presence, 3:46 pm

**June 15, 2015**

Julio Ibarra    Border Patrol Agent

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer